PROB 35
Rev. 5/01
Release

Report and Order Terminating Probation/
Supervised
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

2014 DEC 15 P 3: 33

UNITED STATES OF AMERICA

V.

1:96CR00061-001

WILLIAM HOWARD, A.K.A. "WILL," "BLUE"

On November 11, 2011, the above-named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that William Howard be discharged from supervised release.

Respectfully submitted,

Christopher A. Doughtie, Sr.
United States Probation Officer Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 15th day of December, 2014.

Dudley H. Bowen, Jr.
United States District Judge